Grant P. Fondo (SBN 181530)
*gfondo@goodwinprocter.com*
Lloyd Winawer (SBN 157823)
*lwinawer@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: (650) 752-3100
Fax: (650) 853-1038

Derek A. Cohen (*Pro Hac Vice*)
*dcohen@goodwinprocter.com*
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 813-8800
Fax: (212) 355-3333

*Attorneys for Defendant
Ashish Aggarwal*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ASHISH AGGARWAL, SHAHRIYAR BOLANDIAN, and KEVAN SADIGH,<br><br>Defendants,<br><br>and<br><br>FARHAD BOLANDIAN and PARDIS BOLANDIAN,<br><br>Relief Defendants. | Case No. 2:15-cv-06460-TJH-AJW<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

**ORDER**

Upon consideration of the stipulation filed by the parties, IT IS SO ORDERED and GRANTED that the court enter in the Stipulated Protective Order.

Dated: June 21, 2016        _____
                                      HON. ANDREW J. WISTRICH
                                      UNITED STATES DISTRICT JUDGE