UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-6460-TJH(MARx) | Date | NOVEMBER 4, 2024 |
| Title | Securities and Exchange Commission v. Aggarwal et al | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the motion of Erin Murphy, DFPD to withdraw as attorney and to terminate [168], is hereby granted based on the appearance of attorney Andrew Holmes on behalf of Kevan Sadigh.

IT IS SO ORDERED.

cc: all parties

CV-90                       **CIVIL MINUTES - GENERAL**                       Initials of Deputy Clerk ys